John J. Talton, Chapter 13 Trustee        Check No. 838263

Pay to: CLERK   Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|----------|-----|-------------|-------------|---------|---------------|--------------|-------|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-20579 | 014-0 | BOBBY RAY JONES<br>Original Check written to:<br>U S DEPT OF EDUCATION<br>P O BOX 530260<br>ATLANTA, GA  30353-0260 | xxxxxxxxx59-1 | 5,235.11 | 97.21 | 0.00 | 97.21 |
| 06-10309 | 002-0 | SHEILA R. SCOTT<br>Original Check written to:<br>NATIONAL AUTO FINANCE COMPANY<br>P.O. BOX 1762<br>GREELEY, CO  80632- | xxxxxxxxxxxxx6947 | 4,054.81 | 726.02 | 0.00 | 726.02 |
| 06-20150 | 005-0 | CHARLES RAY PRICE<br>Original Check written to:<br>CASS CAD<br>TAX COLLECTOR<br>2323 BRYAN STREET#1600<br>DALLAS, TX  75201-2644 | xxxxxxxxxxxxxxxx0000 | 0.00 | 201.24 | 0.00 | 201.24 |
| 06-60545 | 020-0 | ROBERT LYNN HAYNES<br>Original Check written to:<br>CHEVRON CREDIT BANK NA<br>2001 DIAMOND BLVD<br>P O BOX 5010 SEC 230<br>CONCORD, CA  94524-0010 | xxxxxx0513 | 183.28 | 72.18 | 0.00 | 72.18 |
| 06-60554 | 015-0 | TERRI RENAE TEELER<br>Original Check written to:<br>ECMC<br>LOCKBOX 8682<br>P O BOX 75848<br>ST PAUL, MN  55175-0848 | xxxxxln20 | 99,641.84 | 2,853.91 | 0.00 | 2,853.91 |
| 10-60461 | 003-0 | DAVID A. STUBBS<br>Original Check written to:<br>CADLEROCK JOINT VENTURE, L.P.<br>100 NORTH CENTER STREET<br>NEWTON FALLS, OH  44444 | 0953 | 4,744.34 | 2,418.19 | 429.72 | 2,847.91 |
| 10-60940 | 003-0 | KARL JAY GABEL<br>Original Check written to:<br>AMERICA'S SERVICING COMPANY<br>ONE HOME CAMPUS/ BK PMT PROCESSING<br>MAC #X2302-04C<br>DES MOINES, IA  50328- | xxxxxxxxx6441 | 25,552.08 | 267.95 | 333.50 | 601.45 |